USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **NORTHERN** DISTRICT OF **OHIO**

UNITED STATES OF AMERICA
V.
VASILE CIOCON

CRIMINAL NUMBER: 07-260

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Vasile Ciocon, defendant, have been informed that an (indictment, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Pennsylvania in which I, Vasile Ciocon, (~~am under arrest,~~ am held) and to waive trial in the above captioned District.

Rule 20 granted. Referral to the United States Magistrate Judge terminated.
So Ordered.

s/ James G. Carr
Chief Judge

Dated: 10/6 2007 at 7:40 Pgh., PA.

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Western District of
Pennsylvania

_____
United States Attorney for the
Northern District of
Ohio